# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MAURICE A. FIELDS,
        Petitioner,

v.                                      Case No. 03-C-0999

MATTHEW J. FRANK,
        Respondent.

## ORDER

On May 2, 2005, I issued notice to petitioner that this case would be dismissed pursuant to Civil L.R. 41.3 (E.D. Wis. 2001) and Fed. R. Civ. P. 41(b) unless petitioner filed a brief in support of his habeas petition by May 23, 2005. Civil L.R. 41.3 states that "[w]henever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days." To date petitioner has not filed a brief in support of his habeas petition. Accordingly, I will dismiss this case with prejudice.

**THEREFORE, IT IS ORDERED** that pursuant to Civil L.R. 41.3 and Fed. R. Civ. P. 41(b) this case is **DISMISSED WITH PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 28 day of August, 2005.

                                          /s_____
                                          LYNN ADELMAN
                                          District Judge